IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LATASHA MECHELLE BARRON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION NO. 1:21-00322-KD-N |
| | ) |
| MOBILE COUNTY DEPARTMENT | ) |
| OF HUMAN RESOURCES, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made (doc. 9), the Report and Recommendation of the Magistrate Judge, made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated October 21, 2021 (doc. 8), is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this civil action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) for failure to pay the filing fee for this action.

Final judgment in accordance with this order shall issue separately under Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the 9th day of November 2021.

                                                            /s/ Kristi K. DuBose
                                                            **KRISTI K. DuBOSE**
                                                            **UNITED STATES DISTRICT JUDGE**