## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **LATASHA MECHELLE BARRON,** )| |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 1:21-00322-KD-N** |
| ) | |
| **MOBILE COUNTY DEPARTMENT** ) | |
| **OF HUMAN RESOURCES,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT

In accordance with the Order entered this date adopting the recommendation of the

Magistrate Judge, it is **ORDERED, ADJUDGED** and **DECREED** that this civil action is

**DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) for failure to

pay the filing fee for this action.

**DONE** and **ORDERED** this the 9th day of November 2021.


/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**